IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                                                             No. 4:11CR00163 BRW

DEANDRA CORTEZ SMITH

## FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 79).  On November 26, 2012, this Court entered a Preliminary Order of Forfeiture (Dkt. 71), ordering defendant to forfeit his interest in the following property:

(1) A Ruger, model SR40, .40 caliber pistol, serial number 342-01101, loaded with ten rounds of Federal brand, .40 caliber pistol ammunition;

(2) Six rounds of Winchester brand, .40 caliber pistol ammunition;

(3) A Ruger, model SR40, .40 caliber pistol, serial number 342-09186, loaded with sixteen rounds of Winchester brand, .40 caliber pistol ammunition;

(4) Approximately $4,155.00 in United States Currency; and

(5) A 2002 Cadillac Escalade, VIN #1GYEC63T52R125879.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order.  *See* Notice of Publication (Dkt. 78).  The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on November 28, 2012.  Further, the United States also notified all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property.  No one has filed a claim to the property subject to forfeiture, and the time for filing

claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

The United States' motion is GRANTED. It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 4th day of March, 2013.

/s/BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE