IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:11-CR-00163-01-BRW

DEANDRA CORTEZ SMITH

ORDER

Pending is the Motion to Continue (Doc. No. 107) filed by the Government. After a review of the Motion, and there being no objection from the defendant, the Court finds that the Motion should be, GRANTED. The sentencing for Mr. Smith will be removed from the Court's calendar for Friday, May 10, 2013 at 10:30 AM, and reset for **Friday, May 24, 2013 at 10:00 a.m.**

IT IS SO ORDERED this 9th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE