IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                4:11-CR-00163-01-BRW

DEANDRA CORTEZ SMITH

## ORDER

Pending is the Defendant's Motion to Continue (Doc No. 111).  After a review of the Motion, and there being no objection from the Government, the Court finds that the Motion should be, GRANTED.  The sentencing set for Mr. Smith will be removed from the Court's calendar for Friday, May 24, 2013, and reset for **Friday, May 31, 2013, at 2:00 p.m.**

IT IS SO ORDERED this 21st day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE